HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABEL REMIGIO-ONOFRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ABEL REMIGIO-ONOFRE,<br><br>        Defendant. | No. 1:08-cr-00124-AWI-8<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

    Defendant, ABEL REMIGIO-ONOFRE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On May 3, 2010, this Court sentenced Mr. Remigio-Onofre to a term of 151 months imprisonment;

    3.    His total offense level was 31, his criminal history category was IV, and the resulting guideline range was 151 to 188;

4. The sentencing range applicable to Mr. Remigio-Onofre was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015;

5. Mr. Remigio-Onofre's total offense level has been reduced from 31 to 29, and his amended guideline range is 121 to 151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Remigio-Onofre's term of imprisonment to a total term of 121 months.

Respectfully submitted,

Dated:  March 16, 2015                             Dated:   March 16, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                              Federal Defender


 /s/ *Kathleen A. Servatius*                         /s/ *David M. Porter*
KATHLEEN A. SERVATIUS                      DAVID M. PORTER
Assistant U.S. Attorney                             Assistant Federal Defender

Attorney for Plaintiff                                  Attorney for Defendant
UNITED STATES OF AMERICA            ABEL REMIGIO-ONOFRE

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Remigio-Onofre is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2010 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Remigio-Onofre shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   March 17, 2015                                   _____
                                                                              SENIOR DISTRICT JUDGE