AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:08-cr-00124-AWI   Document 463   Filed 03/19/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ABEL REMIGIO-ONOFRE | )<br>)<br>) Case No: 1:08-cr-00124-008<br>)<br>) USM No: |
| Date of Original Judgment: 05/03/2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) David M. Porter, FD<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  121 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/11/2010  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  03/19/2015              /s/ ANTHONY W. ISHII
                                        *Judge's signature*

Effective Date:  11/01/2015           Senior United States District Judge Anthony W. Ishii
*(if different from order date)*       *Printed name and title*