HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABEL REMIGIO-ONOFRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABEL REMIGIO-ONOFRE,<br><br>Defendant. | No.  1:08-CR-00124-AWI-8<br><br>**STIPULATED REQUEST AND ORDER TO ENTER SECOND AMENDED JUDGMENT**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, ABEL REMIGIO-ONOFRE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1.     Pursuant to a stipulation between the parties, on March 19, 2015, the Court entered an amended judgment reducing Mr. Remigio-Onofre's term of imprisonment to a total term of 121 months.

2.     The original judgment provided that Mr. Remigio-Onofre's sentence in the above-entitled matter run CONCURRENT to the sentence being served in case 1:08-CR-00071, and that Mr. Remigio-Onofre receive credit for the time he served in federal custody on this case, using March 7, 2008 to calculate the time, but that language is missing from the amended judgment; accordingly,

3. The parties respectfully request the Court enter a second amended judgment that includes the missing language so that the Bureau of Prisons will run Mr. Remigio-Onofre's sentences concurrently and give him the proper credit for time served.

Respectfully submitted,

Dated: April 24, 2015                                   Dated:  April 24, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                               Federal Defender


 /s/  Kathleen A. Servatius                          /s/ David M. Porter
KATHLEEN A. SERVATIUS                       DAVID M. PORTER
Assistant U.S. Attorney                               Assistant Federal Defender

Attorney for Plaintiff                                   Attorney for Defendant
UNITED STATES OF AMERICA                ABEL REMIGIO-ONOFRE

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the clerk shall forthwith prepare a second amended judgment in which, after the sentence, "**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of 151 months is **reduced to** 121 months," the following language is added:  "Defendant's sentence to run CONCURRENT to the sentence being served in case 1:08-CR-00071. Defendant to receive credit for the time he has served in federal custody on this case, using 3/7/2008 to calculate the time."  The clerk shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

IT IS SO ORDERED.

Dated:   April 28, 2015                                  _____
                                                                          SENIOR  DISTRICT  JUDGE